DANIEL J. BRODERICK, #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
ADALBERTO SAMANO-TREJO

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. Cr. S-08-117 EJG |
| Plaintiff, ) | **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME** |
| v. ) | |
| ADALBERTO SAMANO-TREJO, ) | Date: April 11, 2008 |
| Defendant. ) | Time: 10:00 a.m. |
| _____ ) | Judge: Edward J. Garcia |

   IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, ADALBERTO SAMANO-TREJO, through their respective attorneys, that the status conference presently scheduled for April 11, 2008 may be continued to April 18, 2008 at 10:00 a.m.

   Counsel for the United States recently provided a proposed plea agreement to defense counsel. Defense counsel seeks additional time to review the proposed agreement with Mr. Samano-Trejo, and to continue discussions with counsel for the government. To afford time to complete these tasks, the parties agree that time under the Speedy Trial Act may be excluded through April 18, 2008, pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv) (Local Code T4).

|   |   |
|---|---|
| | Respectfully submitted, |
| | DANIEL J. BRODERICK<br>Federal Defender |
| Dated:  April 10, 2008 | /s/ T. Zindel<br>TIMOTHY ZINDEL<br>Assistant Federal Defender<br>Attorney for<br>ADALBERTO SAMANO-TREJO |
| | McGREGOR SCOTT<br>United States Attorney |
| Dated:  April 10, 2008 | /s/ T. Zindel for K. Reardon<br>KYLE REARDON<br>Assistant U.S. Attorney |

**O R D E R**

The status conference is continued to April 18, 2008, at 10:00 a.m. The Court finds that time under the Speedy Trial Act shall be excluded through that date in order to afford counsel reasonable time to prepare. Based on the parties' representations, the Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

| | |
|---|---|
| Dated:  April 10, 2008 | /s/ Edward J. Garcia<br>EDWARD J. GARCIA<br>United States District Judge |