DANIEL J. BRODERICK, #89424
Federal Defender
TIMOTHY ZINDEL, Bar #158377
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
ADALBERTO SAMANO-TREJO


IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. Cr. S-08-117 EJG |
| Plaintiff, | **STIPULATION AND ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME** |
| v. | |
| ADALBERTO SAMANO-TREJO, | Date: April 18, 2008 |
| Defendant. | Time: 10:00 a.m. |
| | Judge: Edward J. Garcia |

IT IS HEREBY STIPULATED AND AGREED between plaintiff, United States of America, and defendant, ADALBERTO SAMANO-TREJO, through their respective attorneys, that the status conference presently scheduled for April 18, 2008 may be continued to April 25, 2008 at 10:00 a.m.

Counsel for Mr. Samano-Trejo is currently unavailable due to his representation in a lengthy evidentiary hearing in an unrelated case which is expected to conclude shortly. Additionally, counsel for the United States recently provided a proposed plea agreement to defense counsel, and additional time is needed to review the proposed agreement with Mr. Samano-Trejo, and to continue discussions with counsel for the government. To afford time to complete these tasks, the parties agree

that time under the Speedy Trial Act may be excluded through April 25, 2008, pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv) (Local Code T4).

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

Dated: April 17, 2008     /s/ T. Zindel
TIMOTHY ZINDEL
Assistant Federal Defender
Attorney for
ADALBERTO SAMANO-TREJO


McGREGOR SCOTT
United States Attorney

Dated: April 17, 2008     /s/ T. Zindel for K. Reardon
KYLE REARDON
Assistant U.S. Attorney


**O R D E R**

The status conference is continued to April 25, 2008, at 10:00 a.m. The Court finds that time under the Speedy Trial Act shall be excluded through that date in order to afford counsel reasonable time to prepare. Based on the parties' representations, the Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated: April 17, 2008     /s/ Edward J. Garcia
EDWARD J. GARCIA
United States District Judge

Stip & Order/Adalberto Samano-Trejo    -2-